```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

LILLIAN FINNERTY, et al.,

    Plaintiffs,

v.                                CASE NO:   8:11-cv-955-T-33EAJ

WAL-MART STORES, INC., et al.,

    Defendants.
_____/

**<u>ORDER</u>**

This cause comes before the Court pursuant to Defendant's Notice of Removal (Doc. # 1), filed May 2, 2011.  Defendant bases the removal on federal question jurisdiction.  Defendant states that it was served with the complaint and summons on March 29, 2011, and the removal is timely under 28 U.S.C. § 1446(b) as it was filed within 30 days from the date Plaintiffs first served Defendant with a copy of the complaint and summons.  This Court notes, however, that it appears that the removal, dated May 2, 2011, is untimely as it did not, in fact, occur within 30 days from the date Plaintiffs first served Defendant with a copy of the complaint and summons, March 29, 2011.  28 U.S.C. § 1446(b).

    Accordingly, it is

    **ORDERED, ADJUDGED,** and **DECREED:**

    Any motions related to this procedural defect in the

removal must be filed by June 1, 2011, or such objections shall be deemed waived. 28 U.S.C. § 1447(c); <u>Advanced Bodycare Solutions, LLC v. Thione Int'l, Inc.</u>, 524 F.3d 1235, 1237 n.1 (11th Cir. 2008).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of May, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record